E. S. GRIFFITH, *contra*.

---

### DUNCAN *et al. v.* BLUTHENTHAL *et al.*

SIMMONS, C. J.—Under the facts appearing in the record, there was no error in denying the injunction prayed for. *Judgment affirmed.*

April 15, 1895. By two Justices. Brought forward from the last term.

Petition for injunction. Before Judge JANES. Haralson county. August 3, 1894.

JOHN A. WIMPY, for plaintiffs. J. M. McBRIDE and EDWARDS & EDWARDS, for defendants.

---

### BARNETT *v.* TRAVIS.

ATKINSON, J.—A defendant in a bail-trover suit in a justice's court, against whom a judgment is rendered, may appeal *in forma pauperis* to a jury in that court, whether a surety upon the bail-bond given in the case, and against whom a judgment is likewise rendered, joins in the appeal or not. See Code, §3619, and cases there cited; also *Macon & Brunswick Railroad* v. *Washington*, 69 *Ga.* 764.

April 15, 1895. Brought forward from the last term. *Judgment reversed.*

*Certiorari.* Before Judge BARTLETT. Fayette superior court. March term, 1894.

E. F. WEEMS and LONGINO & GOLIGHTLY, for plaintiff in error.